UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KRISTIN R. HIMMELBERGER,  ) Case No. CV 08-203 GAF(JC)

               Petitioner,  )

                v.  ) JUDGMENT

JOHN MARSHALL,  )

               Respondent.  )

_____

     Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  June 16, 2011

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE